JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYB 4294443)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:    (415) 436-7296
    Facsimile:    (415) 436-7234
    Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> SANTOS LISCONA-TURCIO, ) <br> ) <br>     Defendant. ) <br> ) | CR 09-0496 (WHA) <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER FED. R. CRIM. 18 U.S.C. § 3161 |

    On May 19, 2009, the parties in this case appeared before the Court for an initial appearance. At that time, the parties requested, and the Court agreed, to continue this matter for a status conference, and possible change of plea and sentencing, on June 2, 2009. The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

    The defendant also agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the continuance was the

STIP. & [PROPOSED] ORDER EXCL. TIME
LISCONA-TURCIO; CR 09-0496 (WHA)                                                                        1

1 reasonable time necessary for continuity of counsel and effective preparation. 18 U.S.C. §
2 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such a
3 continuance outweighed the best interests of the public and the defendant in a speedy trial. 18
4 U.S.C. § 3161(h)(7)(A).
5 SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

9 DATED: May 11, 2009          /s/
BENJAMIN P. TOLKOFF
Assistant United States Attorney

12 DATED: May 11, 2009          /s/
DANIEL BLANK
Attorney for SANTOS LISCONA-TURCIO

14 For the reasons stated above, the Court finds that the continuation of this matter from May
15 19, 2009, to June 2, 2009, is warranted and that the ends of justice served by the continuance
16 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161
17 (h)(7)(A). The failure to grant the requested continuance would deny the defendant effective
18 preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C.
19 §3161(h)(7)(B)(iv).

21 SO ORDERED.

23 DATED: May 20, 2009

THE HON. [signature: IT IS SO ORDERED / Judge William Alsup]
United States District Court Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

STIP. & [PROPOSED] ORDER EXCL. TIME
LISCONA-TURCIO; CR 09-0496 (WHA)                    2