JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYBN 4294443)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7296
    Facsimile: (415) 436-7234
    Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09-0496 (WHA) |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER FED. R. CRIM. 18 U.S.C. § 3161 |
| v. | |
| SANTOS LISCONA-TURCIO, | |
| Defendant. | |

      On June 2, 2009, the parties in this case appeared before the Court for a status conference. At that time, the parties requested, and the Court agreed, to continue this matter for a change of plea and sentencing, on July 14, 2009. The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

      The defendant also agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the continuance was the

reasonable time necessary for continuity of counsel and effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

        JOSEPH P. RUSSONIELLO
        United States Attorney

DATED: June 2, 2009         /s/
        BENJAMIN P. TOLKOFF
        Assistant United States Attorney

DATED: June 2, 2009         /s/
        DANIEL BLANK
        Attorney for SANTOS LISCONA-TURCIO

    For the reasons stated above, the Court finds that the continuation of this matter from June 2, 2009, to July 14, 2009, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.

DATED: June 3, 2009

        THE HONORABLE WILLIAM ALSUP
        United States District Court Judge

*IT IS SO ORDERED — Judge William Alsup* [seal: United States District Court, Northern District of California]

STIP. & [PROPOSED] ORDER EXCL. TIME
LISCONA-TURCIO; CR 09-0496 (WHA)
2